# United States Bankruptcy Court
## Eastern District of Virginia

In re   Scott A Sinclair
        Dolena J Sinclair

                                                     Case No.   20-10140-BFK

                        Debtor(s)                    Chapter    7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) _Scott A. Sinclair and Dolena J. Sinclair_ filed
(Name(s) of debtor(s))
a motion for approval of reaffirmation agreement _____ on _____ March 19, 2020 _____
(Date filed)
made between the debtor(s) and the creditor _Ford Motor Credit Company, LLC_.
(Name of creditor)
The court held the hearing required by 11 U.S.C. §524(d) or §524(m), on notice to the debtor(s) and the
creditor on _____ May 12, 2020 _____.
(Date)

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. §524(k)(8) and approves the reaffirmation agreement described above.

☑ The court reviewed the presumption of undue hardship and does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. §524(m)

☐ The court does not approve the reaffirmation agreement.

☐ Sets the matter for a hearing on _____.

☐

BY THE COURT

Date: _May 12 2020_____          _/s/ Brian F. Kenney_____
                                         *United States Bankruptcy Judge*

                                         NOTICE OF JUDGMENT OR ORDER
                                         ENTERED ON DOCKET: _May 12, 2020_____

[2400Cedva ver. 12/15]